JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 842 -- In re Rodney Browne and William E. Dix/County of Shasta, California, Alleged Civil Rights Violations Litigation

| Date | No. | Description |
|---|---|---|
| 90/03/06 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-2), EXHIBITS A - D, CERT. OF SERVICE -- filed by defts. County of Shasta, Stephen S. Carlton, Phil Eoff and Larry Jarrett -- SUGGESTED TRANSFEREE DISTRICT: E.D. CALIFORNIA (cds) |
| 90/03/15 | 2 | LETTER (re: A-2 pltf. Dix) -- filed by Movants County of Shasta, Stephen S. Carlon, Phil Eoff and Larry Jarrett (ds) |
| 90/03/16 | | APPEARANCES -- BERNARD C. DEPAOLI, ESQ. for William E. Dix and Rodney Browne; G. DENNIS HALKIDES, ESQ. for County of Shasta, Stephen S. Carlton, Phil Eoff and Larry Jarrett; DALE REINHOLTSEN, ESQ. for The County of Humboldt, Terry R. Farmer and Kate Green (ds) |
| 90/04/09 | | **HEARING ORDER** -- setting motion to transfer for Panel Hearing in Sioux Falls, South Dakota on May 31, 1990 -- notified involved judges, clerks and counsel (cds) |
| 90/04/27 | 3 | LETTER -- (Additional Information) -- (dated 4/26/90) Signed by G. Dennis Halkides Counsel for Defts. County of Shasta, Stephen S. Carlton, Phil Eoff and Larry Jarrett -- w/cert. of svc. (rh) (received 4/27/90) (rh) |
| 90/04/30 | 4 | Letter -- additional information -- signed by Bernard C. DePaoli, Esq., counsel for pltfs. William E. Dix and Rodney Browne -- w/service (cds) |
| 90/05/30 | | WAIVERS OF ORAL ARGUMENT -- All parties waived oral argument (ds) |
| 90/06/06 | | ORDER DENYING TRANSFER -- Notified involved counsel, judges, clerks and misc. recipients. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 842 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Rodney Browne and William E. Dix/County of Shasta, California, Alleged Civil Rights Violations Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 31, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 6, 1990 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: June 6, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 842 -- In re Rodney Browne and William E. Dix/County of Shasta, California, Alleged Civil Rights Violations Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William E. Dix v. The County of Shasta, et al. | Cal.,N. Legge | C89-4522-CAL | | | | |
| A-2 | Rodney Browne v. The County of Shasta, et al. | Cal.,E. Schwartz | CIVS-90-0089-MLS-EM | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 842 -- In re Rodney Browne and William E. Dix/County of Shasta, California,

Alleged Civil Rights Violations Litigation

---

WILLIAM E. DIX (A-1)
RODNEY BROWNE (A-2)
Bernard C. Depaoli, Esq.
1018 Second Street
Eureka, CA  95501

COUNTY OF SHASTA
STEPHEN S. CARLTON
PHIL EOFF
LARRY JARRETT
G. Dennis Halkides, Esq.
Halkides & Morgan
833 Mistletoe Lane
P.O. Drawer 492170
Redding, CA  96049-2170

THE COUNTY OF HUMBOLDT
TERRY R. FARMER
KATE GREEN
Dale Reinholtsen, Esq.
Mitchell, Dedekam & Angell
814 7th Street
Eureka, CA  95501

**UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR DEFTS. LISTED BELOW**

SHASTA COUNTY DISTRICT ATTORNE'S OFFICE
THE SHASTA COUNTY SHERRIFF'S DEPT.
ALAN DALE BRADLEY

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 842 -- In re Rodney Browne and William E. Dix/County of Shasta, etc.

| Name of Party | Named as Party in Following Actions |
|---|---|
| The County of Shasta | A-1, A-2 |
| Shasta County District Attorney's Office | A-1, A-2 |
| Stephen S. Carlton, Dist. Atty of Shasta | A-1, A-2 |
| The Shasta County Sheriff's Dept. | A-1, A-2 |
| Sheriff Phil Eoff, Shasta County | A-1, A-2 |
| Detective Larry Jarrett, Shasta County | A-1, A-2 |
| The County of Humboldt | A-1, A-2 |
| The Humboldt County District Attorney's Office | A-1, A-2 |
| Terry R. Farmer, District Atty. Humboldt County | A-1, A-2 |
| Alan Dale Bradley | A-1, A-2 |
| Kate Green | A-1 |